Priority
Send  ✗
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 05-00219-RMT**                                Dated: April 11, 2005

---

PRESENT: HONORABLE ROBERT M. TAKASUGI, SENIOR DISTRICT COURT JUDGE

| Heidi M. Hricko | None Present | Rupa Goswami, AUSA |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | **Not** Present |

---

U.S.A. vs (Dfts listed below)               Attorneys for Defendants

1)   COMBIZ JULIAN OMIDI (BOND)           1)   Robert Shapiro, rtnd
     **Not** Present                            **Not** Present

---

PROCEEDINGS (IN CHAMBERS):   **NOTICE TO COUNSEL**

**COUNSEL ARE NOTIFIED** that the above matter, having been assigned to Judge Takasugi for a Jury Trial, May 31, 2005 at 9:00 a.m, is hereby set for a Status/Pretrial Conference May 23, 2005 at 9:30 a.m.

Please contact Courtroom Deputy Heidi M. Hricko, at 213-894-5858 **immediately**, if counsel is not able to appear and have the matter go forward on May 23, 2005..

cc:   **USPO**
      **PSALA**

ENTER ON ICMS
APR 12 2005

Initials of Deputy Clerk  hmh

MINUTES FORM 6
CRIM -- GEN