1  DEBRA W. YANG
   United States Attorney
2  STEVEN D. CLYMER
   Special Assistant United States Attorney
3  Chief, Criminal Division
   RUPA S. GOSWAMI
4  Assistant United States Attorney
   California State Bar No. 200033
5  Organized Crime and Terrorism Section
      1500 United States Courthouse
6     312 North Spring Street
      Los Angeles, California 90012
7     Telephone:  (213) 894-5486
      Facsimile:  (213) 894-3713
8  rupa.goswami@usdoj.gov

9  Attorneys for Plaintiff
   United States of America

10

11                    UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,      )      NO. CR 05-219-RMT
                                   )
14              Plaintiff,         )      GOVERNMENT'S MOTION TO
                                   )      DISMISS RE:  DEFENDANT
15         v.                      )      COMBIZ JULIAN OMIDI;
                                   )      [PROPOSED] ORDER
16  COMBIZ JULIAN OMIDI,           )
                                   )
17              Defendant.         )
                                   )

18       In the above-captioned case, after a review of the current

19  state of the evidence and after consultation with investigating

20  agents, the government hereby moves to dismiss all charges

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

FILED
CLERK, U S DISTRICT COURT
APR 29 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

X  Priority
X  Send
—  Clsd
—  Enter
—  JS-5/JS-6
X  JS-2/JS-3

ENTER ON ICMS
MAY - 3 2005

1    against defendant Combiz Julian Omidi.

2        The government so moves.

3    DATED: April 28, 2005

4

5                              _____
                              RUPA S. GOSWAMI
6                             Assistant United States Attorney

7

8                              O R D E R

9

10       The government having moved, in <u>United States v. Combiz
<u>Julian Omidi</u>, CR 05-219-RMT, it is hereby ORDERED that all

11   charges against defendant COMBIZ JULIAN OMIDI are DISMISSED

12
     without prejudice.  The status conference and trial dates of May
13
     16, 2005 and May 31, 2005, respectively, are vacated.

14   Dated: ~~May~~ *April 29*, 2005

15

16                             _____
                              HONORABLE ROBERT M. TAKASUGI
17                            Senior United States District Judge

18

19   Presented by:

20   _____
     RUPA S. GOSWAMI
21   Assistant United States Attorney

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, JOAN MOON, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S MOTION TO DISMISS RE: DEFENDANT COMBIZ JULIAN OMIDI; [PROPOSED] ORDER**

service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[x ] Placed in a sealed envelope for collection and mailing via U.S. Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**ROBERT SHAPIRO, ESQ.**
**10250 Constellation Blvd., 19th Floor**
**Los Angeles, California 90067**

This Certificate is executed on April 29, 2005, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

JOAN MOON